✓# 109  # 129113 

UNITED STATES BANKRUPTCY COURT FOR
THE NORTHERN DISTRICT OF OHIO

FILED
2010 DEC -3 PM 2: 54
CLERK, U.S.
BANKRUPTCY COURT
TOLEDO, OHIO

In re:  DAY, CHERI LYNN          Case No.  09-38623

Judge   RICHARD L SPEER

REPORT ON DIVIDENDS OF LESS THAN FIVE DOLLARS BY TRUSTEE

I, the undersigned trustee of the above named bankrupt, do hereby report that the following is a list of the names and addresses of the persons entitled to dividends of less than five dollars, showing the respective amounts payable to them.

| Payee | Address | Amount |
|---|---|---|
| Capital One Bank(USA) NA | PO Box 71083 | $2.63 |
|  | Charlotte, NC 28272-1083 |  |
| Capital One Bank (USA) NA | PO Box 71083 | $3.30 |
|  | Charlotte, NC 28272-1083 |  |
| Recovery Mgmt Syst Corp For GEMB dba WalMart | 25 SE 2nd Ave STE 1120 Miami, FL 33131 | $3.61 |

Check #109 for $9.54 payable to the Clerk of the United States Bankruptcy Court for deposit into the registry of the Court is herewith transmitted pursuant to Bankruptcy Rule 3010.

_____
Patti Baumgartner-Novak, Trustee

Dated:  11/30/10

cc: Office of the U.S. Trustee